TIMOTHY S. CORY, ESQ.
Nevada Bar #001972
TIMOTHY S. CORY & ASSOCIATES
8831 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 388-1996
(702) 382-7903 (fax)
tim.cory@corylaw.us
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | BK-S-11-24135-BTB |
| TENNVADA HOLDINGS 1, LLC, | |
| Debtor. | Chapter 11 |
| | |
| TENNVADA HOLDINGS 1, LLC, | |
| Plaintiff, | Adv Case No. 12-01066 |
| vs. | |
| FREY IRREVOCABLE TRUST, KOWALSKI TRUST, AND RUTH MAASARANI TRUST, | |
| Defendants. | |
| | |
| TENNVADA HOLDINGS 1, LLC, | 2:14-cv-02090-GMN |
| Appellant, | |
| vs. | **STIPULATION TO EXTEND APPELLEES' DEADLINE TO FILE ANSWERING BRIEF** |
| FREY IRREVOCABLE TRUST, KOWALSKI TRUST, AND RUTH MAASARANI TRUST, | **AND ORDER** |
| Appellees. | |

IT IS HEREBY STIPULATED by and between Frey Irrevocable Trust, Kowalski Trust, and Ruth Maasarani Trust, (hereinafter "Appellees"), through their attorneys, Timothy S. Cory &

Associates, and Tennvada Holdings 1, LLC, (hereinafter "Appellants") by and through its

attorneys, Law Office of Timothy P. Thomas, LLC, that Appellees shall be allowed until Friday,

April 10, 2015 to file their brief in answer to Appellant's Opening Brief [Doc 12].

DATED this 24th day of March, 2015.

TIMOTHY S. CORY & ASSOCIATES

By: _____
TIMOTHY S. CORY, ESQ.
*Attorneys for Appellees*

LAW OFFICE OF TIMOTHY P. THOMAS, LLC

By: _____
TIMOTHY P. THOMAS, ESQ.
*Attorneys for Appellant*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 04/15/2015**

2