TIMOTHY S. CORY, ESQ.
Nevada Bar No. 1972
**TIMOTHY S. CORY & ASSOCIATES**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 388-1996
tim.cory@corylaw.us
*Attorneys for Appellees*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TENNVADA HOLDINGS 1, LLC,<br><br>　　　　Debtor. | Case No. BK-S-11-24135-BTB<br><br>Chapter 11 |
| TENNVADA HOLDINGS 1, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FREY IRREVOCABLE TRUST, KOWALSKI TRUST, AND RUTH MAASARANI TRUST,<br><br>　　　　Defendants | Adv Case No. 12-01066 |
| TENNVADA HOLDINGS 1, LLC,<br><br>　　　　Appellant,<br><br>vs.<br><br>FREY IRREVOCABLE TRUST, KOWALSKI TRUST, AND RUTH MAASARANI TRUST,<br><br>　　　　Appellees. | 2:14-cv-02090-GMN<br><br>**ORDER APPROVING SECOND STIPULATED MOTION TO EXTEND APPELLEES' DEADLINE TO FILE ANSWERING BRIEF** |

　　　The Court having reviewed the Second Stipulated Motion to Extend Appellees' Deadline to File Answering Brief, and for good cause appearing, it is hereby:

1

**ORDERED** that the date for Appellees to file their answering brief is extended to April 15, 2015.

Respectfully submitted by:

TIMOTHY S. CORY & ASSOCIATES

*/s/ Timothy S. Cory*
Timothy S. Cory, Esq.
*Attorneys for Appellees*

Approved by:

LAW OFFICE OF TIMOTHY P. THOMAS, LLC

Timothy P. Thomas, Esq.
*Attorneys for Appellant*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 04/15/2015**

2