Timothy P. Thomas, Esq.
Nevada Bar No. 5148
Law Office of Timothy P. Thomas, LLC
1771 E. Flamingo Rd. Suite B-212
Las Vegas, NV 89119
(702) 227-0011 Fax (702) 227-0334
tthomas@tthomaslaw.com
*Attorney for Debtor/ Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No: 11-24135-LBR |
| | Chapter 11 |
| TENNVADA HOLDINGS 1, LLC | |
| Debtor. | |
| | |
| TENNVADA HOLDINGS 1, LLC, | Adv. Case No. 12-01066 |
| Plaintiff, | |
| vs. | |
| FREY IRREVOCABLE TRUST, KOWALSKI TRUST, AND RUTH MAASARANI TRUST, | 2:14-cv-02090-GMN |
| Defendants | |
| | |
| TENNVADA HOLDING 1, LLC, | |
| Appellant, | |
| Vs. | |
| FREY IRREVOCABLE TRUST, KOWALSKI TRUST, AND RUTH MAASARANI TRUST, | |
| Appellees. | |

**STIPULATION TO EXTEND APPELLANT'S DEADLINE TO FILE REPLY TO ANSWERING BRIEF**

# AND ORDER THEREON

-1-

IT IS HEREBY STIPULATED by and between, Tennvada Holdings 1, LLC. ("Appellant") by and through its counsel, Timothy P. Thomas, Esq. and Frey Irrevocable Trust, Kowalski Trust, and Ruth Maasarani Trust ("Appelles), through their attorneys, Timothy S. Cory & Associates that Appellants shall by allowed until Friday, May 22, 2015 to file their reply to Appellees Answering Brief [Doc 18].

Dated this 13th day of May, 2015.

| LAW OFFICE OF TIMOTHY P. THOMAS, LLC | TIMOTHY S. CORY & ASSOCIATES |
|---|---|
| /s/ Timothy P. Thomas, Esq.<br>Timothy P. Thomas, Esq.<br>Attorneys for Appellant | /s/ Timothy S. Cory, Esq.<br>Timothy S. Cory, Esq.<br>Attorney for Appellees |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 05/13/2015**

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the following: STIPULATION TO EXTEND APPELLANT'S DEADLINE TO FILE REPLY TO ANSERING BRIEF was served on this 13th day of May, 2015, by electronic mail to the ECF enclosed in a sealed envelope, postage prepaid thereon, addressed to the following interested parties:

Timothy S. Cory, Esq.
DURAM, JONES & PINEGAR, PC
10785 W. Twain Ave., #200
Las Vegas, NV 89135
Tel 702/870-6060
*Attorneys for Defendants*

Neil J. Beller, Esq.
BELLER Ltd.
7408 W. Sahara Ave.
Las Vegas, NV 89117
*Attorney for Defendants*

/s/ Lorena Arcieri
Employee of
LAW OFFICE OF TIMOTHY P. THOMAS, LLC